# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**LEONARD BROWN**                                                                **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:17-CV-50-DPJ-FKB**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI, et al.**                                **DEFENDANTS**

## SUGGESTION OF DEATH

Defendants, Jaquelyn Banks and Marshal Turner, file this Suggestion of Death pursuant to Fed. R. Civ. P. 25, and would show as follows:

Upon information and belief, Defendant Officer Mark Davis passed from this life on or about October 12, 2018.

**DATE: NOVEMBER 14, 2018**

                                               **JAQUELYN BANKS AND**
                                               **MARSHAL TURNER**

                                               **JIM HOOD, ATTORNEY GENERAL**
                                             **STATE OF MISSISSIPPI**

                        By:    */s/ J. Chadwick Williams*
                                J. Chadwick Williams (MSB #102158)
                                Special Assistant Attorney General

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
cwill@ago.state.ms.us

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically with the Clerk of Court and thereby served on the following counsel of record in this action.

>Carroll Edward Rhodes
>LAW OFFICES OF CARROLL RHODES
>P. O. Box 588
>Hazlehurst, MS 39083
>Email: crhode@bellsouth.net

THIS the 14th day of November, 2018

>*/s/ J. Chadwick Williams*
>J. Chadwick Williams (MSB #102158)